UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61878-CIV-SMITH

MARLINE JOSEPH.,

    Plaintiff,

v.

MRS BPO, LLC,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

    This matter is before the Court *sua sponte*. On October 7, 2021, the Court issued an Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statements [DE 9], requiring the parties to file their Joint Scheduling Report, a Proposed Scheduling Order, <u>adhering to the Court's formatting and guidance</u>, and file the Election to Jurisdiction by a United States Magistrate Judge no later than November 11, 2021. A review of the record indicates that the parties have not complied. Accordingly, it is

    **ORDERED** that no later than **November 30, 2021**, the parties shall comply with the Court's Order [DE 9] or show cause why they should not be sanctioned for failing to comply. Failure to comply may result in dismissal of this case without further notice.

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of November 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record